# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| NOLAN GAUSE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **NOTICE OF REMOVAL** |
| RED-D-ARC, INC., AIRGAS, INC., AIRGAS USA, LLC, AIR LIQUIDE USA, LLC, AIR LIQUIDE, LLC, and JOHN DOES 1-3, | ) ) ) ) ) |
| Defendants. | ) |

**TO: THE HONORABLE DISTRICT COURT OF THE UNITED STATES FOR THE WESTERN DISTRICT OF NORTH CAROLINA, CHARLOTTE DIVISION**

Defendants Red-D-Arc, Inc., Airgas, Inc., Airgas USA, LLC, Air Liquide USA, LLC, and Air Liquide, LLC (hereinafter "Airgas" or "Defendants") would respectfully allege and show to this Court as follows:

1. Defendant Airgas is a party to a civil action in the Superior Court Division of Mecklenburg County, North Carolina entitled "*Nolan Gause v. Red-D-Arc, Inc., Airgas, Inc., Airgas USA, LLC, Air Liquide USA, LLC, Air Liquide, LLC, and John Does 1-3*," C.A. No. 23-CVS-15155, which Plaintiff Nolan Gause (hereinafter "Plaintiff") commenced by the filing of the underlying state court Summons and Complaint on August 24, 2023. Defendants were served with the Summons and Complaint: Red-D-Arc, Inc. on or about September 11, 2023, Airgas USA, LLC on or about September 11, 2023, and Air Liquide, LLC on or about September 12, 2023. No further proceedings have taken place in this action.

2. This petition for removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days of the date on which Airgas first received the Summons and Complaint.

3. As per the representations in the Complaint, Plaintiff is a citizen of Longs, Horry County, South Carolina. (Compl. ¶ 1).

4. Defendant Red-D-Arc, Inc. is a corporation organized and existing under the laws of the State of Nevada with its principal place of business in the State of Georgia. (Compl. ¶ 2).

5. Defendant Airgas, Inc. is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the State of Pennsylvania. (Compl. ¶ 3).

6. Defendant Airgas USA, LLC is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the State of Pennsylvania. (Compl. ¶ 4).

7. Defendant Air Liquide USA, LLC is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the State of Texas. (Compl. ¶ 5).

8. Defendant Air Liquide, LLC was a corporation organized and existing under the laws of the State of Delaware with its principal place of business in the State of Texas. (Compl. ¶ 6). Upon information and belief, Defendant Air Liquide, LLC dissolved in 2021.

9. Pursuant to 28 U.S.C. § 1441(b)(1), the citizenship of defendants sued under fictious names shall be disregarded. Accordingly, the citizenships of Defendant John Does 1, 2, and 3 are disregarded.

10. Further, Plaintiff alleges damages which include that he suffered severe and permanent physical injuries from being "pinned between the generator and the back of [a] tractor's

cabin[.]" (Compl. ¶ 19). More specifically, Plaintiff alleges he has suffered severe injuries, harms, losses, and other damages; endured severe pain and suffering and ongoing pain and suffering; permanent scarring; will need future medical treatment and care; and that his injuries impair his ability to work. (Compl. ¶ 44). Plaintiff seeks damages in excess of $25,000 in his Complaint and upon information and belief, Plaintiff's damages currently exceed $100,000. The allegations of injuries and damages sought by Plaintiff in the Complaint are substantial and similar to other actions in which other plaintiffs have sought and recovered damages in excess of $75,000.00. Thus, it is apparent that the amount in controversy threshold is satisfied.

11.     The United States District Court for the Western District of North Carolina has original subject matter jurisdiction of this civil action pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship among all of the properly joined parties, and the amount in controversy in this civil action, exclusive of interest and costs, exceeds the sum of $75,000.00, in addition to seeking nonmonetary relief.

12.     Pursuant to 28 U.S.C. § 1446(a) a copy of all process, pleadings, discovery and orders received by the removing Defendant are attached hereto as **Exhibit A**.

13.     Defendant submits this Notice of Removal without waiving any defense to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted. Defendant specifically reserves the right to assert, if applicable, any and all defenses enumerated under Rule 12 of the Federal Rules of Civil Procedure or any other affirmative defenses, including those enumerated under Rule 8(c) of the Federal Rules of Civil Procedure, upon the filing of its responsive pleadings within the time allotted under the Federal Rules.

Airgas prays that the above case now pending against them in the Superior Court Division of Mecklenburg County, North Carolina be removed therefrom to this Court.

This the 10th day of October, 2023.

/s/ Christopher M. Kelly
Christopher M. Kelly (NC Bar No. 24346)
GALLIVAN, WHITE & BOYD, P.A.
One Morrocroft Centre
6805 Morrison Blvd., Suite 200
Charlotte, NC 28211
(704) 552-1712 – Telephone
(704) 362-4850 – Fax
ckelly@gwblawfirm.com

Attorneys for Defendants,
Red-D-Arc, Inc., Airgas, Inc., Airgas USA, LLC, Air Liquide USA, LLC, and Air Liquide, LLC

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| NOLAN GAUSE,<br><br>        Plaintiff,<br>v.<br><br>RED-D-ARC, INC., AIRGAS, INC., AIRGAS USA, LLC, AIR LIQUIDE USA, LLC, AIR LIQUIDE, LLC and JOHN DOES 1-3,<br><br>        Defendants. | **CERTIFICATE OF SERVICE** |

      The undersigned hereby certifies that on October 10, 2023, he electronically filed the foregoing Notice of Removal and Exhibit A, Notice of Filing of Notice of Removal, Civil Cover Sheet, Answer to Complaint, Corporate Affiliations Disclosures by Defendants and Diversity of Citizenship Disclosures by Defendants with the Clerk of Court using the CM/ECF system, and serving the same <u>via email and U.S. Mail</u>, postage pre-paid and addressed to:

Roy G. Pettigrew
Cranfill Sumner, LLP
P.O. Box 27808
Raleigh, NC 27611-7808
rgp@cshlaw.com
*Attorney for Plaintiff*

| | |
|---|---|
| This 10th day of October, 2023. | /s/Christopher M. Kelly<br>Christopher M. Kelly   (NC Bar No. 24346)<br>GALLIVAN, WHITE & BOYD, P.A.<br>One Morrocroft Centre<br>6805 Morrison Blvd, Suite 200<br>Charlotte, NC  28211<br>(704) 552-1712 – Telephone<br>(704) 362-4850 – Facsimile<br>Email:  ckelly@gwblawfirm.com<br><br>Attorneys for Defendants,<br>Red-D-Arc, Inc., Airgas, Inc., Airgas USA, LLC, Air Liquide USA, LLC, and Air Liquide, LLC |