UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-00646-FDW-SCR

| | |
|---|---|
| NOLAN GAUSE, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>RED-D-ARC, INC., ET AL., )<br>)<br>**Defendants.** )<br>) | **ORDER and NOTICE** |

**THIS MATTER** is before the Court *sua sponte* as to the status in this case. The Case Management Order entered in this matter set a deadline of May 20, 2024, for the filing of dispositive motions and calendared this matter for trial on November 4, 2024. (Doc. No. 19). Given that no dispositive motions were filed by the deadline, this case is ripe for trial as scheduled.

The parties shall file their jointly-prepared pretrial submissions in accordance with the provisions of the Case Management Order no later than September 6, 2024. All motions in limine shall also be due September 6, 2024, with responses thereto to be filed by September 13, 2024. The Court will conduct a pretrial conference immediately following docket call in this matter on November 4, 2024.

**IT IS THEREFORE ORDERED** the parties' jointly-prepared pretrial submissions shall be filed no later than September 6, 2024. Motions in limine shall be filed by September 6, 2024, with responses due by September 13, 2024.

1

**TAKE NOTICE** that the Court will conduct a pretrial conference immediately following docket call in this matter on November 4, 2024, in Courtroom #5B of the Charles R. Jonas Building.

**IT IS SO ORDERED.**

Signed: June 26, 2024

Frank D. Whitney
United States District Judge