UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-00646-FDW-SCR

| | |
|---|---|
| NOLAN GAUSE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RED-D-ARC, INC. et al, ) <br> ) <br> ) <br> ) <br> Defendant. ) <br> ) | **ORDER** |

**TAKE NOTICE** that Plaintiff may file a response to the legal arguments raised in Defendants' Response to the Court's Order to Show Cause as to Subject Matter Jurisdiction, (Doc. No. 50), by October 11, 2024.

**IT IS SO ORDERED.**   Signed: October 8, 2024

Frank D. Whitney
United States District Judge